

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00448-CV

| | | |
|---|---|---|
| TEXAS WORKFORCE COMMISSION AND THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, Appellants | § § | On Appeal from the 236th District Court |
| V. | § | |
| TAUFIQ AHMED; ZIKREEL AHMED; BANK OF AMERICA, N.A.; MAYFAIR STATION, LLC; AMERICAN BUSINESS LENDING, INC.; INLAND AMERICAN ARLINGTON RIVERVIEW LIMITED PARTNERSHIP; CITY OF FORT WORTH; FORT WORTH INDEPENDENT SCHOOL DISTRICT; TARRANT COUNTY; TARRANT COUNTY COLLEGE DISTRICT; TARRANT COUNTY HOSPITAL DISTRICT; TARRANT REGIONAL WATER DISTRICT; AND UNKNOWN MEMBERS, SUCCESSORS, AND ASSIGNS OF MURRAY INVESTMENT COMPANY, Appellees | § § § § § § § | of Tarrant County (236-B42882-11) March 28, 2019 Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court erred in its judgment. We reverse the trial court's judgment and remand the case to the trial court for a new trial.

Appellee Inland American Arlington Riverview Limited Partnership shall pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By /s/ Elizabeth Kerr
   Justice Elizabeth Kerr